AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  5:15-1285-JMC |
| Pauline Lowman | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff, United States of America recover of the defendant, Pauline Lowman the amount of Two Thousand, Seven Hundred Seventy-Eight and 92/100 ($ 2,778.92) Dollars, plus costs of Four Hundred Fourteen and 44/100 ($414.44) Dollars for a sum of Three Thousand, One Hundred Ninety-Three and 36/100 ($3,193.36) Dollars. Post judgment interest shall run at a rate of 0.23%.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏ other:


❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ The action came before the court on the record. The Honorable J. Michelle Childs, United States District Judge presiding. The clerk having entered default of the defendant on October 22, 2015.

Date:  October 22, 2015                                           *CLERK OF COURT*


                                                                    s/Angie Snipes
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*